# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| HENRY SAMUEL, Individually and on behalf of others similarly situated, *et al.,*<br><br>     Plaintiffs,<br><br>v.<br><br>CENTENE CORPORATION,<br>VITALCORE HEALTH STRATEGIES, *et al.*<br><br>     Defendants. | Case No. 1:23-cv-01134-RGA<br><br>**CLASS ACTION** |

## ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Upon consideration of the Motion to Exceed Page Limitation, dated November 21, 2023 (the "Motion"), it is hereby **ORDERED** that the Motion is GRANTED.

SO ORDERED this __21__ day of November, 2023.

/s/ Richard G. Andrews
_____
UNITED STATES DISTRICT JUDGE

132156346.1