IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARRY SAMUEL, CHRISTOPHER ROBERT DESMOND, and ARTHUR GOVAN, individually and on behalf of others similarly situated, | ) ) ) ) ) | C.A. No.: 1:23-cv-01134-RGA |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CENTENE CORPORATION, CENTURION OF DELAWARE LLC, VITALCORE HEALTH STRATEGIES, ACTING COMMISSIONER TERRA TAYLOR, FORMER COMMISSIONER CLAIRE M. DEMATTEIS, FORMER COMMISSIONER MONROE B. HUDSON, JR., MEDICAL DIRECTOR DR. AWELE MADUKA-EZEH and BUREAU CHIEF MEDICAL RECORDS, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT VITALCORE HEALTH STRATEGIES' MOTION TO DISMISS**

Defendant VitalCore Health Strategies ("VITALCORE" or "Defendant"), by and through its undersigned counsel, pursuant to rules 8(a), 10, and 12(b)(6) of the Federal Rules of Civil Procedure, move the honorable Court for an Order dismissing the case against VITALCORE, with prejudice, substantially in the form attached hereto. VITALCORE's basis for relief are explained in its Opening Brief in Support of its Motion to Dismiss, filed contemporaneously herewith.

[*Signature on Following Page*]

132982225.1

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | /s/ Andrew A. Ralli |
| Lindsay DeCarlo, Esq. (*pro hac vice*) | Andrew R. Ralli, Esq. (No. 6733) |
| 401 E. Jackson Street, Suite 3400 | 500 Delaware Avenue, Suite 700 |
| Tampa, FL 33602 | Wilmington, Delaware 19801 |
| (813) 739-1911 | (302) 295-9447 |
| Lindsay.DeCarlo@lewisbrisbois.com | Andrew.Ralli@lewisbrisbois.com |
| | |
| Dated: December 11, 2023 | *Attorneys for VitalCore Health Strategies* |

132982225.1

2