## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL, ET AL., individually and on behalf of others similarly situated,<br><br>*Plaintiffs,*<br><br>   v.<br><br>CENTENE CORPORATION, CENTURION OF DELAWARE LLC, VITALCORE HEALTH STRATEGIES, ACTING COMMISSIONER TERRA TAYLOR, FORMER COMMISSIONER CLAIRE M. DEMATTEIS, FORMER COMMISSIONER, MONROE B. HUDSON, JR., MEDICAL DIRECTOR DR. AWELE MADUKA-EZEH, BUREAU CHIEF MICHAEL RECORDS,<br><br>*Defendants.* | Civil Action No. 1:23-CV-01134-RGA |

## CENTURION OF DELAWARE, LLC'S MOTION TO STRIKE PLAINTIFFS' COMPLAINT

Defendant, Centurion of Delaware, LLC, by and through the undersigned counsel, hereby respectfully moves this Court to dismiss with prejudice all claims against it as asserted in the above-captioned Complaint. The relief requested by this Motion is supported by the reasons set forth in Centurion of Delaware, LLC's *Opening Brief* filed herewith.

Respectfully Submitted,

| **MARKS, O'NEILL, O'BRIEN DOHERTY & KELLY, P.C.** | **BRADLEY, ARANT, BOULT, CUMMINGS, LLP** |
|---|---|
| */s/ Dawn C. Doherty* | /s/ *Michael J. Bentley* |
| Dawn C. Doherty, Esquire (ID No. 3164) | Michael J. Bentley, Esquire (*Pro Hac Vice*) |
| Brett T. Norton, Esquire (ID No. 5559) | Erin D. Saltaformaggio, Esquire (*Pro Hac Vice*) |
| 300 Delaware Avenue, Suite 900 | 188 E. Capitol Street |
| Wilmington, Delaware 19801 | Suite 1000, One Jackson Place |
| (302) 658-6538 | Jackson, Mississippi 39201 |
| Ddoherty@moodklaw.com | (601) 948-8000 |
| Bnorton@moodklaw.com | Mbentley@bradley.com |
| | Esaltaformaggio@bradley.com |

*Attorneys for Defendants Centene Corporation
and Centurion of Delaware, LLC*

DATED: December 11, 2023