# IN THE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL,<br>CHRISTOPHER ROBERT DESMOND,<br>ARTHUR GOVAN,<br>Individually and on behalf of others<br>similarly situated,<br><br>          Plaintiffs,<br><br> v.<br><br>CENTENE CORPORATION,<br>CENTURION OF DELAWARE LLC,<br>VITALCORE HEALTH STRATEGIES,<br>ACTING COMMISSIONER TERRA<br>TAYLOR,<br>FORMER COMMISSIONER CLAIRE M.<br>DEMATTEIS,<br>FORMER COMMISSIONER MONROE B.<br>HUDSON, JR.,<br>MEDICAL DIRECTOR DR. AWELE<br>MADUKA-EZEH,<br>BUREAU CHIEF MICHAEL RECORDS,<br><br>          Defendants. | C.A. NO.: 23-1134-JLH |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on October 11, 2023, Plaintiffs filed a Class Action Complaint in the above matter;

WHEREAS, on December 11, 2023, Saul Ewing LLP accepted service on behalf of Defendants Acting Commissioner Terra Taylor, Former Commissioner Claire M. Dematteis, Former Commissioner Monroe B. Hudson, Jr., Medical

Director D. Awele Maduka-Ezah and Bureau Chief Michael Records, making their response to the Complaint due on or before February 9, 2024 (the "DOC Defendants");

WHEREAS, the DOC Defendants intend to file a motion to dismiss Plaintiffs' Complaint;

WHEREAS, the Parties, taking into account this Court's November 10, 2022 Standing Order Regarding Briefing in All Cases, have conferred and agree on the requested page extensions;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. DOC Defendants may file their brief in support of a motion to dismiss in excess of 5,000 words pages, but not to exceed 7,500 words.

2. Plaintiffs may file their answering brief in opposition to the DOC Defendants' motion to dismiss in excess of 5,000 words, but not to exceed 7,500 words.

3. DOC Defendants may file a reply brief in support of their motion to dismiss in excess of 2,500 words, but not to exceed 3,750 words.

Dated: January 19, 2024

| | |
|---|---|
| **WHITEFORD TAYLOR PRESTON LLC** | **SAUL EWING LLP** |
| /s/ Daniel A. Griffith | /s/ *Marisa R. De Feo* |
| Daniel A. Griffith (#4209) | James D. Taylor, Jr. (#4009) |
| Susan L. Burke (#6973) | Marisa R. De Feo (#6778) |
| Courthouse Square | 1201 N. Market Street, Suite 2300 |
| 600 North King Street | Wilmington, DE 19899 |
| Ste. 300 | (302) 421-6800 |
| Wilmington, DE 19801-3700 | james.taylor@saul.com |
| (302) 357-3254 | marisa.defeo@saul.com |
| dgriffith@wtplaw.com | |
| sburke@wtplaw.com | *Attorneys for Defendants Commissioner Terra Taylor, former Commissioners Claire M. De Matteis and Monroe B. Hudson, Jr., Dr. Awele Maduka-Ezeh and Bureau Chief Michael Records* |
| **ACLE-DE** | |
| Dwayne Julian Bensing (#6754) | |
| 100 W. 10 Street | |
| Suite 706 | |
| Wilmington, DE 19801 | |
| (215) 200-50205 | |
| dbensing@aclu-de.org | |

SO ORDERED, this __22nd__ day of January, 2024,

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT COURT JUDGE