## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRY SAMUEL, CHRISTOPHER ROBERT DESMOND, ARTHUR GOVAN, Individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CENTENE CORPORATION, CENTURION OF DELAWARE LLC, VITALCORE HEALTH STRATEGIES, ACTING COMMISSIONER TERRA TAYLOR, FORMER COMMISSIONER CLAIRE M. DEMATTEIS, FORMER COMMISSIONER MONROE B. HUDSON, JR., MEDICAL DIRECTOR DR. AWELE MADUKA-EZEH, BUREAU CHIEF MICHAEL RECORDS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 23-1134-JLH |

### MOTION TO DISMISS AND TO STRIKE
### BY DEFENDANTS TERRA TAYLOR, CLAIRE M. DEMATTEIS, MONROE B. HUDSON, JR., DR. AWELE MADUKA-EZEH, AND MICHAEL RECORDS

Defendants Terra Taylor, Claire M. DeMatteis, Monroe B. Hudson, Jr., Dr. Awele Maduka-Ezeh and Michael Records (collectively, the "DOC Defendants") by and through their undersigned counsel, respectfully move this Court under Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing Plaintiffs' Complaint, or in the alternative, strike Plaintiffs' class allegations.

The grounds for this Motion are set forth in the DOC Defendants' Opening Brief in Support which is being filed contemporaneously herewith.

51744605.1

-2-

Respectfully submitted,

**SAUL EWING LLP**

<u>/s/James D. Taylor, Jr.</u>
James D. Taylor, Jr. (No. 4009)
Marisa R. De Feo (No. 6778)
1201 N. Market St., Suite 2300
Wilmington, DE 19801
(302) 421-6863
james.taylor@saul.com
marisa.defeo@saul.com

James A. Morsch, *admitted pro hac vice*
161 N. Clark St., Suite 4200
Chicago, IL 60601
(312) 876-7100
jim.morsch@saul.com

Ryan M. Jerome, *admitted pro hac vice*
1270 Avenue of the Americas, Suite 2800
New York, NY 10020
(212) 980-7200
ryan.jerome@saul.com.

*Counsel for Defendants Terra Taylor, Claire M. DeMatteis, Monroe B. Hudson, Jr., Dr. Awele Maduka-Ezeh, and Michael Records*