# EXHIBIT F

## Swanson, Annette

| | |
|---|---|
| **From:** | Burke, Susan L. |
| **Sent:** | Friday, February 20, 2026 6:52 AM |
| **To:** | 'Zare, Maliheh'; Wilke, Cheryl; Pileggi, Francis |
| **Cc:** | Griffith, Daniel A.; Jason Beehler |
| **Subject:** | RE: Samuel v. VitalCore, C.A. No. 23-1134-GBW-SRF - Discovery disputes |

Maliheh,

We are not revising the search terms.  They have already been substantially narrowed, and the results you describe are not disproportionately large at all for this class action challenging VitalCore's utter failure to provide adequate health care in Delaware prisons.  Please turn these materials over as quickly as possible.

Separately, as is evident from the past correspondence and communications between the parties, there are many other disputes about discovery that need to be resolved by the Court.  As we know you are new to the case, we are happy to summarize all of these unresolved disputes in a letter that will be sent on Monday.

Best regards.

Susan L. Burke

**From:** Zare, Maliheh <Maliheh.Zare@lewisbrisbois.com>
**Sent:** Thursday, February 19, 2026 3:44 PM
**To:** Griffith, Daniel A. <dgriffith@whitefordlaw.com>; Burke, Susan L. <sburke@whitefordlaw.com>
**Cc:** Pileggi, Francis <Francis.Pileggi@lewisbrisbois.com>; Wilke, Cheryl <Cheryl.Wilke@lewisbrisbois.com>
**Subject:** FW: Samuel v. VitalCore, C.A. No. 23-1134-GBW-SRF - Discovery disputes

**This Message Is From an External Sender**

This message came from outside your organization.

For assistance, contact the IS Service Center at issc@whitefordlaw.com or 410.347.8733

Hi Susan, We understand Daniel is out of office today.  We wanted to bring this to your attention in case you would be able to address it.  Thank you.



**Maliheh Zare**
**Attorney**
Maliheh.Zare@lewisbrisbois.com

**T: 302.295.9446 F: 302.985.6001**

500 Delaware Avenue, Suite 700, Wilmington, DE 19801 | **LewisBrisbois.com [lewisbrisbois.com]**

**Representing clients from coast to coast. View our locations nationwide. [lewisbrisbois.com]**

1



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Zare, Maliheh <Maliheh.Zare@lewisbrisbois.com>
**Sent:** Thursday, February 19, 2026 9:44 AM
**To:** DGriffith@whitefordlaw.com
**Cc:** Pileggi, Francis <Francis.Pileggi@lewisbrisbois.com>; Wilke, Cheryl <Cheryl.Wilke@lewisbrisbois.com>
**Subject:** Samuel v. VitalCore, C.A. No. 23-1134-GBW-SRF - Discovery disputes

Dear Daniel,

We write to address Samuel's request to run nine additional search terms for four additional custodians as outlined in your December 31, 2025 letter to Ms. Wilke (attached), in the interest of efficiency and preserving the judicial resources.  If there have been any further requests that are the basis for Samuel's request for a discovery dispute teleconference against VitalCore filed in this matter (D.I. 182), please kindly provide them to us promptly.

We ran the following nine search terms for the four custodians you identified.  Some of these terms are overly broad and are generating a large volume of possibly nonresponsive material, imposing undue burden and expense disproportionate to the needs of the case.

As you can see in the attached hit report, these search terms had turned over close to 5 thousand documents (with the family members).  To facilitate a reasonable, targeted search while ensuring we capture materials truly relevant to the claims and defenses, please propose refinements to your term set using appropriate Boolean connectors and limiting criteria. For example, we ask that you provide conjunctions that reflect the issues in dispute, such as proximity connectors (e.g., "w/5," "near/10") and mandatory conjunctions (e.g., "and," "and not") rather than single-word terms for complain*, "sick call", specialist*, and vital*core. Even the terms "standard* w/5 care" and "supervis* W/10 (medic* OR health* OR sick*)" need to be further narrowed with less generic terms. **Please provide a revised term list reflecting these revisions by February 20th.**  Upon receipt, we will promptly run the revised search terms and share an updated hit report. We are hoping to reach an agreed, proportional search protocol that reduces nonresponsive documents.

       <u>Custodians</u>: Hudson, Jamison, Singareddy and Tomarchio:

       <u>Search terms:</u>
       complain*
       "sick call"
       specialist*
       standard* w/5 care
       supervis* w/10 (medic* OR health* OR sick*)
       subcontract*
       turnover
       centurion

vital*core

<u>Hi report</u>:

- Document Hits: 958
- Document Hits + Family: 4,892
    - Note that you will see 11 terms on the report that is because of the following:
        - The term vital*core only returned results for the word vitalcore. We confirmed this by running an additional term called vitalcore
        - There were few documents where "vital core" was mentioned and hence was included as an additional term.


Thank you,
Maliheh


**Maliheh Zare**
**Attorney**
Wilmington
302.295.9446 or x3029446