# EXHIBIT G



600 North King Street, Suite 300
Wilmington, DE 19801-3776

302.353.4144

**Susan L. Burke**
Senior Counsel
302.353.4146
SBurke@whitefordlaw.com

February 23, 2026

*Via email only*
Maliheh Zare
Lewis Brisbois
500 Delaware Avenue
Suite 700
Wilmington, DE 19801

**Re: VitalCore's Extensive Discovery Deficiencies**

Dear Maliheh:

You have asked that we identify to VitalCore all the production deficiencies and disputes that are the basis for our request for a discovery conference. The list is lengthy and troubling given that VitalCore has been promising to produce these documents on May 14, 2025. Unfortunately, as a consequence of VitalCore's continuing noncompliance with these discovery obligations, we are constrained to postpone the deposition of Stuart Hudson, previously scheduled for Friday, February 27.

Following is the list of VitalCore's discovery deficiencies to date:

1. Failure to complete the promised and long-overdue ESI production relating to Hudson, Singareddy, Tomarchio and Jamieson
2. Failure to propose the six additional custodians needed to comply with ESI Order
3. Failure to produce all NCCHC and ACA audits
4. Failure to produce all annual training plans and all staff orientation documents
5. Failure to produce the monthly staffing and variance to matrix reports
6. Failure to produce all VitalCore-created policies and draft policies and site-specific procedures
7. Failure to produce VitalCore employee handbooks
8. Failure to produce join provider meeting minutes
9. Failure to produce Pharmacy-Therapeutics meeting minutes
10. Failure to produce monthly staff meeting minutes

*Whiteford, Taylor & Preston LLP is a limited liability partnership. Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston LLC*

February 23, 2026
Page 2

11. Failure to produce plans outlining how VitalCore will implement site-level CQI program
12. Failure to produce CQI policies
13. Failure to produce the Transition Plan submitted to DDOC
14. Failure to produce nursing protocols
15. Failure to produce annual operating budget
16. Failure to produce all minutes from the ACHRC meetings
17. Failure to produce all morbidity and mortality reports (only Samuels produced)
18. Failure to produce all minutes from Patient Review Committee
19. Failure to produce VitalCore's response to the RFP
20. Failure to produce all adverse incident reports
21. Failure to relate all documents regarding the compensation of staff
22. Failure to produce all documents relating to the discharge of staff
23. Failure to produce all documents measuring compliance
24. Failure to produce CQI quarterly minutes for all DOC facilities
25. Failure to produce facility-level CQI minutes
26. Failure to produce all subcontracts
27. Failure to produce all communications between the VitalCore Contract Administrator/Project Manager and the DDOC
28. Failure to produce all organization charts
29. Failure to produce all monthly invoices sent to DDOC
30. Failure to produce documents that relate to the costs incurred implementing the DDOC contract, including documents that were not shared with DDOC
31. Failure to produce communications with the unions
32. Failure to produce minutes of multi-disciplinary team meetings
33. Failure to produce Healthcare Advisory Committee ("HAC") meeting minutes, sign-in sheets and summaries of discussions. (Jamison Dep., p. 59)("Easy" to produce);
34. Failure to produce minutes, sign-in sheet and summaries of discussion for healthcare staff meetings. (Jamison Dep., p. 61);
35. Failure to produce Monthly Statistical Reports (Jamison Dep., p. 69);
36. Failure to produce Patient Satisfaction Surveys (Jamison Dep., p. 74)
37. Failure to produce Annual Review of CQI program (Jamison Dep., p. 75)
38. Failure to produce Corrective Action Plans. (Jamison Dep., 88)("Easy" to produce);
39. Failure to produce records itemizing all Liquidated damages charged by, and paid to, the DOC by VitalCore.

Given that we have identified these deficiencies again and again – and know from deposition testimony that the documents exist and are easily obtained – we have no option but to seek the Court's assistance.

Sincerely,

*/s/ Susan L. Burke*

Susan L. Burke

February 23, 2026
Page 3

SLB:slb