# EXHIBIT I

## Swanson, Annette

| | |
|---|---|
| **From:** | Griffith, Daniel A. |
| **Sent:** | Wednesday, February 25, 2026 10:17 AM |
| **To:** | Zare, Maliheh |
| **Cc:** | Wilke, Cheryl; Burke, Susan L.; Jason Beehler; Pileggi, Francis |
| **Subject:** | RE: Samuel v. VitalCore, C.A. No. 23-1134-GBW-SRF - Discovery disputes |

Hi Maliheh:

Responses are below in red.

Thanks,

Dan

**From:** Zare, Maliheh <Maliheh.Zare@lewisbrisbois.com>
**Sent:** Tuesday, February 24, 2026 3:28 PM
**To:** Griffith, Daniel A. <dgriffith@whitefordlaw.com>
**Cc:** Wilke, Cheryl <Cheryl.Wilke@lewisbrisbois.com>; Burke, Susan L. <SBurke@whitefordlaw.com>; Jason Beehler <jbeehler@aclu-de.org>; Pileggi, Francis <Francis.Pileggi@lewisbrisbois.com>
**Subject:** RE: Samuel v. VitalCore, C.A. No. 23-1134-GBW-SRF - Discovery disputes

> **This Message Is From an External Sender**
> This message came from outside your organization.
> For assistance, contact the IS Service Center at issc@whitefordlaw.com or 410.347.8733

Hi Dan,

Can you please clarify the two items listed in your letter? We will reach out to schedule a meet and confer regarding the other items you identified. In the meantime, any clarification you can provide on these two points would be appreciated.

2. Failure to propose the six additional custodians needed to comply with ESI Order

ESI protocols call for 10 custodians, to be identified by the producing party.

19. Failure to produce VitalCore's response to the RFP.

RFP refers to VitalCore's response to the Request for Proposal issued by the DOC which ultimately resulted in the award of the contract to VitalCore.

Regards,
Maliheh

1



**Maliheh Zare**
**Attorney**
Maliheh.Zare@lewisbrisbois.com

**T: 302.295.9446 F: 302.985.6001**

500 Delaware Avenue, Suite 700, Wilmington, DE 19801 | **LewisBrisbois.com [lewisbrisbois.com]**

**Representing clients from coast to coast. View our locations nationwide. [lewisbrisbois.com]**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Zare, Maliheh <Maliheh.Zare@lewisbrisbois.com>
**Sent:** Tuesday, February 24, 2026 12:26 PM
**To:** Griffith, Daniel A. <dgriffith@whitefordlaw.com>
**Cc:** Wilke, Cheryl <Cheryl.Wilke@lewisbrisbois.com>; Burke, Susan L. <SBurke@whitefordlaw.com>; Jason Beehler <jbeehler@aclu-de.org>; Pileggi, Francis <Francis.Pileggi@lewisbrisbois.com>
**Subject:** RE: Samuel v. VitalCore, C.A. No. 23-1134-GBW-SRF - Discovery disputes

Hi Dan,

Confirming that we received the letter.

Thank you,
Maliheh

**Maliheh Zare**
**Attorney**
Wilmington
302.295.9446 or x3029446

**From:** Griffith, Daniel A. <dgriffith@whitefordlaw.com>
**Sent:** Monday, February 23, 2026 3:21 PM
**To:** Zare, Maliheh <Maliheh.Zare@lewisbrisbois.com>
**Cc:** Wilke, Cheryl <Cheryl.Wilke@lewisbrisbois.com>; Burke, Susan L. <SBurke@whitefordlaw.com>; Jason Beehler <jbeehler@aclu-de.org>
**Subject:** RE: Samuel v. VitalCore, C.A. No. 23-1134-GBW-SRF - Discovery disputes

EXTERNAL

Good afternoon, Maliheh:

2

Attached is a letter which is hopefully self-explanatory. As you'll note, we are constrained to postpone the deposition of Stuart Hudson, previously scheduled for Friday, February 27.

Thanks,

Dan



**Daniel A. Griffith** | *Partner* | *Managing Attorney, Delaware*
Courthouse Square, Suite 300 | 600 North King Street | Wilmington, DE | 19801
t: 302.357.3254 | f: 302.357.3274
dgriffith@whitefordlaw.com | www.whitefordlaw.com

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.