# EXHIBIT J

## Swanson, Annette

| | |
|---|---|
| **From:** | Burke, Susan L. |
| **Sent:** | Thursday, March 12, 2026 9:49 AM |
| **To:** | 'Zare, Maliheh' |
| **Cc:** | Griffith, Daniel A.; Jason Beehler; Wilke, Cheryl; Lenko, Jamie L.; Nwangwu, Queen |
| **Subject:** | RE: Samuel v. VitalCore, C.A. No. 23-1134-GBW-SRF - Discovery disputes |

At the outset, we find it troubling that you have allowed 14 full business days to elapse with no response to our email.  And your response fails to include any proposed alternative to our proposed search terms, which we note have been acceptable to other parties.  In addition, you continue to fail to respond to our letter outlining all the documents that have not been produced.

Nonetheless, we are always willing to try to negotiate resolutions to discovery disputes rather than troubling the court.  Please send us by ***today*** the following:

    (1)  your proposed search terms,
    (2)  the additional 7 custodians you intend to search,
    (3)  the date on which you commit to producing all the ESI,
    (4)  your response to our deficiency letter with details on what you are going to commit to producing and what you are going to stand on your objections, and
    (5)   the date on which you commit to producing these documents.

If we received have received that information, we are willing to confer with you at the following times tomorrow to try to resolve these issues: 8-9am, 4-5pm.

---

**From:** Zare, Maliheh <Maliheh.Zare@lewisbrisbois.com>
**Sent:** Thursday, March 12, 2026 8:55 AM
**To:** Burke, Susan L. <sburke@whitefordlaw.com>
**Cc:** Griffith, Daniel A. <DGriffith@whitefordlaw.com>; Jason Beehler <jbeehler@aclu-de.org>; Wilke, Cheryl <Cheryl.Wilke@lewisbrisbois.com>
**Subject:** RE: Samuel v. VitalCore, C.A. No. 23-1134-GBW-SRF - Discovery disputes

**This Message Is From an External Sender**

This message came from outside your organization.

For assistance, contact the IS Service Center at issc@whitefordlaw.com or 410.347.8733

Report Suspicious

Hi Susan,

Good morning.  Circling back on search terms, we are writing to ask you to disregard the hit report because it was generated in error and to clarify that we are not relying on any document counts for purposes of our position in the ongoing search term discussions.

That said, our concerns regarding the breadth of the current terms remain unchanged.  The terms included in Plaintiffs' proposed set were formulated for use with DDOC and are not tailored to the ESI held by VitalCore custodians.  For example, terms such as "vitalcore" will appear in every VitalCore email address, signature block, and letterhead, and other generic stand alone terms likewise will capture

1

large volumes of material that are unlikely to be relevant to the issues in dispute. Narrowing these terms with appropriate Boolean connectors, proximity limitations, and more targeted language is necessary to ensure a proportional search that focuses on documents actually relevant to the claims and defenses. To avoid any misunderstanding, we want to be clear that our proportionality concerns are not grounded in any particular document counts.

We remain willing to work cooperatively to reach an agreed approach that avoids unnecessary burden.

Thank you,
Maliheh



**Maliheh Zare**
**Attorney**
Maliheh.Zare@lewisbrisbois.com

**T: 302.295.9446 F: 302.985.6001**

500 Delaware Avenue, Suite 700, Wilmington, DE 19801 | **LewisBrisbois.com [lewisbrisbois.com]**

**Representing clients from coast to coast. View our locations nationwide. [lewisbrisbois.com]**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Burke, Susan L. <sburke@whitefordlaw.com>
**Sent:** Friday, February 20, 2026 6:52 AM
**To:** Zare, Maliheh <Maliheh.Zare@lewisbrisbois.com>; Wilke, Cheryl <Cheryl.Wilke@lewisbrisbois.com>; Pileggi, Francis <Francis.Pileggi@lewisbrisbois.com>
**Cc:** Griffith, Daniel A. <DGriffith@whitefordlaw.com>; Jason Beehler <jbeehler@aclu-de.org>
**Subject:** RE: Samuel v. VitalCore, C.A. No. 23-1134-GBW-SRF - Discovery disputes

EXTERNAL

Maliheh,
 We are not revising the search terms. They have already been substantially narrowed, and the results you describe are not disproportionately large at all for this class action challenging VitalCore's utter failure to provide adequate health care in Delaware prisons. Please turn these materials over as quickly as possible.

 Separately, as is evident from the past correspondence and communications between the parties, there are many other disputes about discovery that need to be resolved by the Court. As we know you are new to the case, we are happy to summarize all of these unresolved disputes in a letter that will be sent on Monday.

 Best regards.
Susan L. Burke

---

**From:** Zare, Maliheh <Maliheh.Zare@lewisbrisbois.com>
**Sent:** Thursday, February 19, 2026 3:44 PM
**To:** Griffith, Daniel A. <dgriffith@whitefordlaw.com>; Burke, Susan L. <sburke@whitefordlaw.com>
**Cc:** Pileggi, Francis <Francis.Pileggi@lewisbrisbois.com>; Wilke, Cheryl <Cheryl.Wilke@lewisbrisbois.com>
**Subject:** FW: Samuel v. VitalCore, C.A. No. 23-1134-GBW-SRF - Discovery disputes

Hi Susan, We understand Daniel is out of office today.  We wanted to bring this to your attention in case you would be able to address it.  Thank you.



**Maliheh Zare**
**Attorney**
Maliheh.Zare@lewisbrisbois.com

**T: 302.295.9446 F: 302.985.6001**

500 Delaware Avenue, Suite 700, Wilmington, DE 19801 | **LewisBrisbois.com [lewisbrisbois.com] [protect.checkpoint.com]**

**Representing clients from coast to coast. View our locations nationwide. [lewisbrisbois.com] [protect.checkpoint.com]**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Zare, Maliheh <Maliheh.Zare@lewisbrisbois.com>
**Sent:** Thursday, February 19, 2026 9:44 AM
**To:** DGriffith@whitefordlaw.com
**Cc:** Pileggi, Francis <Francis.Pileggi@lewisbrisbois.com>; Wilke, Cheryl <Cheryl.Wilke@lewisbrisbois.com>
**Subject:** Samuel v. VitalCore, C.A. No. 23-1134-GBW-SRF - Discovery disputes

Dear Daniel,

We write to address Samuel's request to run nine additional search terms for four additional custodians as outlined in your December 31, 2025 letter to Ms. Wilke (attached), in the interest of efficiency and preserving the judicial resources.  If there have been any further requests that are the basis for Samuel's request for a discovery dispute teleconference against VitalCore filed in this matter (D.I. 182), please kindly provide them to us promptly.

We ran the following nine search terms for the four custodians you identified.  Some of these terms are overly broad and are generating a large volume of possibly nonresponsive material, imposing undue burden and expense disproportionate to the needs of the case.

As you can see in the attached hit report, these search terms had turned over close to 5 thousand documents (with the family members).  To facilitate a reasonable, targeted search while ensuring we capture materials truly relevant to the claims and defenses, please propose refinements to your term set using appropriate Boolean connectors and limiting criteria. For example, we ask that you provide conjunctions that reflect the issues in dispute, such as proximity connectors (e.g., "w/5," "near/10") and mandatory conjunctions (e.g., "and," "and not") rather than single-word terms for complain*, "sick call", specialist*, and vital*core. Even the terms "standard* w/5 care" and "supervis* W/10 (medic* OR health* OR sick*)" need to be further narrowed with less generic terms. **Please provide a revised term list reflecting these revisions by February 20ᵗʰ.**  Upon receipt, we will promptly run the revised search terms and share an updated hit report. We are hoping to reach an agreed, proportional search protocol that reduces nonresponsive documents.

Custodians: Hudson, Jamison, Singareddy and Tomarchio:

Search terms:
complain*
"sick call"
specialist*
standard* w/5 care
supervis* w/10 (medic* OR health* OR sick*)
subcontract*
turnover
centurion
vital*core

Hi report:

- Document Hits: 958
- Document Hits + Family: 4,892
    - Note that you will see 11 terms on the report that is because of the following:
        - The term vital*core only returned results for the word vitalcore. We confirmed this by running an additional term called vitalcore
        - There were few documents where "vital core" was mentioned and hence was included as an additional term.

Thank you,
Maliheh


**Maliheh Zare**
**Attorney**
Wilmington
302.295.9446 or x3029446

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.