# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONA SAMUEL SAMPSON AND ORLANDO SAMUEL, personal representative of the Estate of HARRY SAMUEL, individually and on behalf of others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> CENTENE CORPORATION, CENTURION OF DELAWARE LLC, VITALCORE HEALTH STRATEGIES, & MEDICAL DIRECTOR DR. AWELE MADUKA-EZEH, <br><br> *Defendants.* | C.A. No. 1:23-CV-01134 GBW-SRF |

## PLAINTIFFS' MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiffs, Mona Samuel Sampson and Orlando Samuel, as personal representatives of the Estate of Harry Samuel, individually and on behalf of others similarly situated, respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

### I.    Plaintiff's Notice of Inspection of the James T. Vaughn Correctional Center by Plaintiff's Experts (D.I. 170)

- DOC's Objections and Responses Concerning the Scope and Duration of the Inspection.

- DOC's Objections and Responses Concerning Records to be Provided in Connection with Inspection

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s):

- **January 13, 2026 (By Videoconference).** Delaware Counsel: Daniel A. Griffith, Esquire (Plaintiffs' counsel) and Marisa Defeo, Esquire (DOC and Dr. Maduka's counsel)

- **January 30, 2026 (By Videoconference).** Delaware Counsel: Daniel A. Griffith, Esquire (Plaintiffs' counsel) and Marisa Defeo, Esquire (DOC and Dr. Maduka's counsel).

- **April 20, 2026 (By Videoconference)** Delaware Counsel: Daniel A. Griffith, Esquire (Plaintiffs' counsel) and Marisa Defeo, Esquire (DOC and Dr. Maduka's counsel)

The parties' disputes concerning the scope, duration and substance of the inspection were previously raised by Motion, and, by Oral Order dated March 23, 2026, the Court ordered:

> Plaintiffs did not seek relief specific to the facility inspection. To the extent that disputes remain regarding the scope and duration of the facility inspection, the parties are expected to resolve those disputes through the meet and confer process. Should the parties reach an impasse after meaningfully conferring, then the movant seeking relief bears the burden of describing with specificity the discovery it requires….(D.I. 205).

The parties have since resumed the meet and confer process on the issues concerning the site inspection but remain at an impasse regarding the scope and duration of the inspection as well as the records to be provided in connection with the inspection.

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Daniel A. Griffith*
Daniel A. Griffith (#4209)
Susan L. Burke (#6973)
600 N. King Street, Suite 300
Wilmington, DE 19801
T: (302) 357-3254
Email: dgriffith@wtplaw.com
          sburke@wtplaw.com

Dated: April 23, 2026                    *Attorneys for Plaintiffs*

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Daniel A. Griffith, Esquire, hereby certify on this 23rd day of April 2026 that a true and correct copy of *Plaintiffs' Motion for Teleconference to Resolve Discovery Dispute* was served upon all counsel of record via e-filing CM/ECF.

*/s/ Daniel A. Griffith*
Danieal A. Griffith, Esquire (#4209)