## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONA SAMUEL SAMPSON, et al., | |
| *Plaintiffs,* | C.A. No. 23-1134- SRF |
| v. | |
| CENTENE CORPORATION, et al., | |
| *Defendants.* | |

### DEFENDANT CENTURION OF DELAWARE, LLC'S MOTION TO STAY THIRD-PARTY DEPOSITIONS OF JAMIE BASARA AND DENEEN RAYNE UNTIL AFTER JULY 15 DISCOVERY TELECONFERENCE

Defendant Centurion of Delaware, LLC, respectfully requests the Court stay the third-party depositions of Jamie Basara and Deneen Rayne, subpoenaed by the Plaintiffs for unilaterally selected dates of July 1 and July 9, until after the Court's July 15 discovery teleconference to determine whether additional fact witness depositions are warranted during the class certification phase of this matter.

In support, Centurion states as follows:

1.      Seven named plaintiffs in this lawsuit, "[o]n behalf of themselves and persons similarly situated, plaintiffs allege that from April 1, 2020, up to and including the present, Defendants repeatedly denied and delayed treatment for serious medical conditions." ECF No. 207. According to the complaint, the named plaintiffs were housed at James T. Vaughn Correctional Center or Baylor Women's Correctional Institution within the Delaware Department of Corrections. *Id.* at ¶ 8 (Samuel), *id.* at ¶ 11 (Desmond), *id.* at ¶ 14 (Govan), *id.* at ¶ 17 (Bagwell), *id.* at ¶ 23

(Bulat), *id.* at 26 (Jackson), *id.* at 29 (Taylor). They allege various medical conditions for which they claim they received delayed or inadequate care by "refus[ing] to provide necessary specialist care and refus[ing] to provide prescribed medications, medical tests such as imaging, and surgeries." *Id.* at ¶ 3.

2.    On Friday, June 19, 2026, plaintiffs filed Notices of Intent to Serve Subpoenas on former Centurion providers Jamie Basara and Deneen Rayne for deposition testimony to be conducted on July 1 and July 9, respectively. ECF No. 299, 300.

3.    Plaintiffs' counsel did not confer with counsel for Centurion on the dates plaintiffs selected for the depositions of Centurion's former providers.

4.    In addition to being former providers, Ms. Basara and Ms. Rayne have filed a lawsuit against Centurion pursuant to Delaware False Claims and Reporting Act relating to their work at Sussex Correctional Institution on a unit for inmates providing rehabilitation for substance use disorders. *See State of Delaware, ex rel. Deneen Rayne and Jamie Basara v. Centurion of Delaware, LLC, Centurion LCC, MHM Services, Inc., and Centene Corporation*, C.A. No. N23-C-08-273 MAA CCLD (Complaint, May 20, 2026). According to the False Claims Act complaint, Ms. Basara worked at SCI for approximately 11 months, *id.* at ¶ 8, and Ms. Rayne worked at SCI for approximately four months, *id.* at ¶ 10.

5.    PHV counsel for Centurion advised counsel for plaintiffs that they had conflicts for the dates unilaterally selected by plaintiffs and also requested a meet and confer to discuss how depositions of two former providers who worked in one

2

"specialized unit" at one DDOC facility in which no named plaintiff was housed and in rehabilitative programs in which no named plaintiff participated, is relevant to the bifurcated class-certification discovery phase in this lawsuit. The meet and confer occurred on June 26, 2026. Counsel for plaintiffs advised they would not withdraw the subpoenas over Centurion's Rule 26(b)(1) discoverability objections or in light of PHV counsel's scheduling conflicts because, according to plaintiffs, testimony of these witnesses is needed for their expert reports.

6.     The Court will soon consider a discovery dispute between plaintiffs and Vital Core related to plaintiffs' requests to conduct additional fact witness depositions of Vital Core employees. ECF No. 297. According to the motion for teleconference, Vital Core's position is that Plaintiffs are on a "fishing expedition" with respect to their request for additional fact witness depositions. *Id.* The Court is scheduled to consider this dispute on July 15, 2026. June 18, 2026 Docket Text. Centurion's objections are consistent with those raised by Vital Core.

7.     Centurion respectfully requests the Court stay the pending deposition subpoenas compelling the testimony of Jamie Basara and Deneen Rayne until after the Court's July 15, 2026 conference because any ruling on the deposition dispute between Vital Core and plaintiffs impacts the dispute between Centurion and Plaintiffs with respect to the depositions of Ms. Basara and Ms. Rayne.

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

*/s/ Brett T. Norton*
Brett T. Norton, Esquire (No. 5559)

3

300 Delaware Avenue, #900
Wilmington, DE  19801
(302) 658-6538
*Attorney for Centurion of Delaware LLC.*

DATED: June 29, 2026

4

5

## <u>CERTIFICATE OF SERVICE</u>

On **June 29, 2026**, this office electronically filed the foregoing **Motion to Stay** with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record that have properly entered their appearance and arranged for electronic service.

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

*/s/ Brett T. Norton*
Brett T. Norton, Esquire (No. 5559)
300 Delaware Avenue, #900
Wilmington, DE  19801
(302) 658-6538
*Attorney for Centurion of Delaware LLC.*

DATED: June 29, 2026