# WHITEFORD, TAYLOR & PRESTON LLC

600 NORTH KING STREET, SUITE 300
WILMINGTON, DE 19801-3700

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302) 661-7950

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
NEW YORK
VIRGINIA

WWW.WHITEFORDLAW.COM
(800) 987-8705

SUSAN L. BURKE
SENIOR COUNSEL

DIRECT LINE  (302) 353-4146
DIRECT FAX  (302) 357-3284
SBurke@whitefordlaw.com

July 16, 2026

*Via ECF and hand-delivery*
Honorable Sherry R. Fallon
J. Caleb Boggs Federal Building
844 N. King Street
Unit 14; Room 6100
Wilmington DE 19801

> **Re:  Sampson, et al v. Centene, et al.**
> **C.A. No. 1:23-cv-01134 SRF**

Dear Judge Fallon,

Counsel for the parties conferred subsequent to the Court hearing yesterday. All parties to the matter intend to file briefing on the existence of any peer-review privilege that suffices as a reason to withhold documents being sought by Plaintiffs, and jointly developed the following schedule and process for the submission of briefing:

1.  All parties would submit an opening brief no longer than 15 pages on July 31, 2026.

2.  All parties would submit a responsive brief no longer than 10 pages on August 7, 2026.

Sincerely,

*/s/Susan L. Burke*
Susan L. Burke

cc: Counsel of Record via ECF
SLB:bs

**Whiteford, Taylor & Preston LLC is a limited liability company.  Our offices outside of Delaware operate under a separate Maryland limited liability partnership, Whiteford, Taylor & Preston L.L.P.*