**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| MONA SAMUEL SAMPSON AND ORLANDO SAMUEL, personal representative of the Estate of HARRY SAMUEL, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENTENE CORPORATION *et al.*<br><br>*Defendants*. | C.A. No. 1:23-CV-01134-SRF |

**STIPULATION BY PLAINTIFFS AND DEFENDANTS TAYLOR, IANNI AND RECORDS FOR A PARTIAL STAY OF DISCOVERY**

Plaintiffs Mona Samuel Sampson and Orlando Sampson acting as personal representatives for Harry Samuel, Christopher Robert Desmond, Arthur Govan, Nathaniel Bagwell, Jamie Baker, Gerald Bulat, Ronald B. Jackson, and Michael Taylor, themselves and, except as to Mona Samuel and Orlando Sampson, as class representatives for the proposed Level V Injunctive Class; and Defendants Terra Taylor, Michael Records, and Carolyn Ianni (collectively "Government Defendants") have been engaged in productive negotiations to resolve the class action litigation against these Government Defendants.

The parties anticipate being able to submit for the Court's review and approval a proposed consent order that would end the ongoing litigation between the Government Defendants and Plaintiffs within forty-five days – *i.e*. by October 28, 2026. The litigation between Plaintiffs and the other Defendants would continue despite the entry of this consent order.

At present, the Scheduling Order calls for Defendants to submit their expert rebuttal reports by October 2, 2026, and for Plaintiffs to submit their reply reports by October 30, 2026. D.I. 271. Additionally, Government Defendants' Answer to Plaintiffs' Third Amended Complaint is due by

September 21, 2026. In the unlikely event the negotiations do not conclude as anticipated, the parties have also agreed upon an informal process by which to complete discovery and permit the Plaintiffs to file the motion for class certification within the Scheduling Order timeframes and allow Defendants to serve rebuttal expert reports. To conserve resources considering the productive negotiations, the parties wish to direct their experts to cease their current efforts and to stay costly discovery for Government Defendants and Non-Party Delaware Department of Corrections.

For that reason, the parties respectfully request that the Court stay all upcoming deadlines for Government Defendants to include their Answer to the Third Amended Complaint and the discovery deadlines, including, but not limited to, the deadline to submit expert reports. Note, this stay applies only as to Government Defendants–Taylor, Ianni and Records. It is Plaintiffs' intention that discovery between Plaintiffs and Defendants VitalCore and Centene/Centurion shall continue to be conducted without any stay or other modification of the deadlines in the current scheduling order.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Government Defendants, through their undersigned counsel and subject to the approval of the Court, as follows:

1. Government Defendants' Answer to Plaintiffs' Third Amended Complaint and all discovery deadlines pertaining to Government Defendants and Plaintiffs are STAYED.

2. The parties shall submit a joint status report to the Court on or before October 28, 2026 regarding the status of negotiations and any continued need for the stay in the deadlines between Government Defendants and Plaintiffs.

**[SIGNATURES ON FOLLOWING PAGE]**

Dated: September 18, 2026

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Susan L. Burke*
Daniel A. Griffith, Esq. (No. 4209)
Susan L. Burke, Esq. (No. 6973)
Queen C. Nwangwu, Esq. (No. 7438)
Jamie L. Lenko, Esq. (No. 7226)
600 N. King Street, Suite 300
Wilmington, DE 19801
(302) 353-4144
dgriffith@whitefordlaw.com
sburke@whitefordlaw.com
qnwangwu@whitefordlaw.com
jlenko@whitefordlaw.com

*Counsel for Plaintiffs*

**HUSCH BLACKWELL LLP**

*/s/ Marisa R. De Feo*
Marisa R. De Feo (No. 6778)
Colleen Durkin (No. 5886)
3411 Silverside Road, Suite 104B #203
Wilmington, DE 19810
(302) 506-8036
marisa.defeo@huschblackwell.com
colleen.durkin@huschblackwell.com

*Counsel for Defendants Terra Taylor, Michael Records, Carolyn Ianni and Non-Party Delaware Department of Correction*

**SO ORDERED** this _____ day of ______________________________, 2026.

______________________________________
UNITED STATES MAGISTRATE JUDGE