**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MONA SAMUEL SAMPSON and ORLANDO SAMUEL, Personal Representatives of the ESTATE OF HARRY SAMUEL, et al., individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE CORPORATION, et al.,<br><br>Defendants. | Case No.: 1:23-cv-01134-GBW-SRF |

**D. DEL. L.R. 7.1.1 CERTIFICATION**

The undersigned hereby certifies that on this 23rd day of September 2026, the undersigned conferred with counsel for VitalCore Health Strategies Inc., Centene Corporation, and Centurion of Delaware, LLC (collectively, "Healthcare Defendants") regarding Plaintiffs' and the Defendants Taylor, Records, and Ianni's (collectively, "Government Defendants") Expedited Joint Motion for a Partial Stay of Discovery as follows:

1. On September 21, 2026, counsel for Government Defendants conferred with Healthcare Defendants' counsel via email.
2. On September 21, 2026, counsel for Government Defendants and counsel for Healthcare Defendants conferred via teleconference.
3. On September 22, 2026, counsel for Government Defendants conferred with counsel for VitalCore Health Strategies via telephone to discuss the foregoing motion.
4. On September 23, 2026, counsel for Government Defendants conferred with counsel for Healthcare Defendants via email and all Healthcare Defendants indicated that they oppose the motion.

5. On September 23, 2026, counsel for Government Defendants conferred with counsel for Centurion and Centene regarding their opposition to the motion.

6. On September 22, 2026 and September 23, 2026, Plaintiffs' counsel and counsel for VitalCore Health Strategies conferred via email regarding their respective positions concerning the motion.

**WHITEFORD, TAYLOR & PRESTON LLC**
*/s/ Daniel A. Griffith*
Daniel A. Griffith, Esq. (No. 4209)
Susan L. Burke, Esq. (No. 6973)
Queen C. Nwangwu, Esq. (No. 7438)
Jamie L. Lenko, Esq. (No. 7226)
600 N. King Street, Suite 300
Wilmington, DE 19801
(302) 353-4144
dgriffith@whitefordlaw.com
sburke@whitefordlaw.com
qnwangwu@whitefordlaw.com
jlenko@whitefordlaw.com

*Counsel for Plaintiffs*

**HUSCH BLACKWELL LLP**
*/s/ Marisa R. De Feo*
Marisa R. De Feo (No. 6778)
Colleen Durkin (No. 5886)
3411 Silverside Road, Suite 104B #203
Wilmington, DE 19810
(302) 506-8036
marisa.defeo@huschblackwell.com
colleen.durkin@huschblackwell.com

*Counsel for Defendants Terra Taylor, Michael Records, Carolyn Ianni and Non-Party Delaware Department of Correction*